IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES SANDERS                                                                                    PLAINTIFF

NO. 07-3059

NORTHERN LEASING SYSTEMS, INC.                                                   DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 28th of February, 2008, the plaintiff has filed his motion for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY_____/s/_____
Connie Test, deputy clerk